USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12-10-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

United States of America,

**ORDER**

**10-CR-574 (ALC)**

-against-

Ulises Arison-Perez,

Defendant(s)

------------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

A Change of Plea Hearing is scheduled for **December 17, 2019** at **11:00 a.m.**

**SO ORDERED.**

Dated: New York, New York
December 10, 2019

_____
**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**