```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12.13.19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

UNITED STATES OF AMERICA

v.

ULISES ARISON-PEREZ,

Defendant.

------------------------------------------------------x

MEDICAL ORDER

S-1 10 Cr. 574 (ALC)

Date: December 17, 2019

Defendant: Ulises Arison-Perez

Register No. 79781-054

**To: The Warden of the Metropolitan Correctional Center**

The above-referenced defendant has been remanded for sentencing on the above-captioned Information. On this date, the following information requiring medical attention for the defendant was disclosed:

The inmate was taken from the MCC approximately two weeks ago after fainting. He was prescribed medication and told that he should receive follow-up treatment from a physician. He presents with a daily condition where he suffers from dizziness and symptoms of vertigo. He has also been given an upper bunk bed. He is fearful that in his sleep he may experience his dizziness and fall from his bunk.

He needs to be seen by a doctor, properly diagnosed and treated appropriately.

SO ORDERED:

_____
HONORABLE ANDREW L. CARTER    12-18-19
UNITED STATES DISTRICT JUDGE