USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-14-20

EdwNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
United States of America,

                                                                **ORDER**

                                                                 10-CR-574 (ALC)

            -against-

Ulises Arison-Perez,

----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

The status conference set for January 14, 2020 is adjourned without a date.

**SO ORDERED.**

Dated: New York, New York
       December 27, 2019

                                          _____
                                          **ANDREW L. CARTER, JR.**
                                          **UNITED STATES DISTRICT JUDGE**