USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-11-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
United States of America,

                      **ORDER**
                      10-CR-274 (ALC)

      -against-

Ulises Arison-Perez,
------------------------------------------------------------X
ANDREW L. CARTER, JR., United States District Judge:

      The Sentencing scheduled for March 25, 2021 is adjourned to **June 25, 2021** at **12:30 p.m.**

      **SO ORDERED.**

Dated: New York, New York
       March 11, 2021

                                        _____
                                        **ANDREW L. CARTER, JR.**
                                        **UNITED STATES DISTRICT JUDGE**