USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6-8-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
United States of America,

                                                             **ORDER**
                                                             10-CR-574 (ALC)

            -against-

Ulises Arison-Perez,

-----------------------------------------------------------X

ANDREW L. CARTER, JR., United States District Judge:

    The sentencing scheduled for June 25, 2021 is adjourned to **July 1, 2021** at **2:00 p.m.**

    **SO ORDERED.**

Dated: New York, New York
       June 8, 2021

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE